UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CANODY,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN DOE,<br><br>                    Defendant. | Case No.  1:26-cv-03035-HBK<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff, a prisoner, initiated this action on April 22, 2026, by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1).  Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint.  (Doc. 2).  A copy of his prison trust fund statement and certification from prison officials was submitted in support.  (Doc. 6).

Out the outset,  the Court notes that Plaintiff check "no" to the questions whether he has received any money from gifts or any other sources over the last twelve month in his application to proceed *in forma pauperis*.  (Doc. 2 at 1).  This statement is false.  Plaintiff's trust fund statement demonstrates that he received money eighteen times between November 2025 and April 2026.  (Doc. 6 at 1).  Plaintiff's statements on his application are sworn to under "penalty of

perjury." (Doc. 2 at 1).  While the Court is nevertheless granting his motion to proceed *in forma pauperis*, Plaintiff is warned that he may be sanctioned, or his case may be dismissed, if he makes any future false statements in any court filings.

The will grant the application because Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but he remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.  **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $21.00[1] (20% of the average monthly deposits to the prisoner's account).**  Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account.  The California Department of Corrections is required to send the initial $21.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $21.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department

---

[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance.  28 U.S.C. § 1915(b)(1)(A), (B).  Plaintiff had an average monthly deposit of $122.73 over the relevant six-month period.  (Doc. 6 at 1-2).

2

of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.


Dated:    April 29, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3